JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
IAN L. GARRIQUES
Assistant United States Attorney
THOMAS J. HANLON
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 10 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARIA ANDREA GONZALEZ, NICOLE LEE SUNNY CLOUD, BROOKLYN MARIE HERNANDEZ-PROCTOR, and LATISHA LAVERN BIRDSONG,

Defendant.

1:18-CR-2039-SAB

INDICTMENT

Ct. 1: 18 U.S.C. §§ 2241(a)(1) & § 2 – Attempted Aggravated Sexual Abuse

The Grand Jury charges:

## COUNT 1

On or about May 21, 2018, in the Eastern District of Washington, within an institution and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department and

INDICTMENT                                1

agency, the defendant's, MARIA ANDREA GONZALEZ, NICOLE LEE SUNNY CLOUD, BROOKLYN MARIE HERNANDEZ-PROCTOR, and LATISHA LAVERN BIRDSONG, did knowingly attempt to cause the victim, Victim 1, to engage in a sexual act, to wit, penetration of the genital opening by hand and finger, by the use of force against Victim 1, in that Victim 1 was forcibly held down on the ground; all in violation of 18 U.S.C. §§ 2241(a)(1), 2.

DATED: July 10, 2018.

A TRUE BILL

JOSEPH H. HARRINGTON
United States Attorney

IAN L. GARRIQUES
Assistant United States Attorney

THOMAS J. HANLON
Assistant United States Attorney

INDICTMENT                                              2