FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>NICOLE LEE SUNNY CLOUD,<br><br>                      Defendant. | NO. 2:18-cr-02039-SAB-2<br><br>NO. 2:17-cr-02053-SAB-2<br><br>**ORDER CONTINUING SENTENCING** |

Before the Court are Defendant's Motions to Continue Sentencing, ECF No. 169 in case No. 2:18-cr-2039-SAB-2, and ECF No. 210 in case No. 2:17-cr-2053-SAB-2. Defendant requests the Court continue the sentencing hearing and corresponding deadlines in these cases. The Government agrees with the request. The Court finds good cause to grant the motions.

//
//
//
//
//
//
//
//
//

**ORDER CONTINUING SENTENCING ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue Sentencing, ECF No. 169, in case No. 2:18-cr-02039-SAB-2, is **GRANTED.**

2. Defendant's Motion to Continue Sentencing, ECF No. 210, in case No. 2:17-cr-2053-SAB-2, is **GRANTED.**

3. The sentencing hearing is continued to **January 8, 2020** at **11:15 a.m.** in **Yakima**, Washington.

4. All previous sentencing deadlines shall remain in effect with respect to the filing of sentencing materials, with the operative sentencing date changed to January 8, 2020.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 21st day of October 2019.



Stanley A. Bastian
United States District Judge

**ORDER CONTINUING SENTENCING ~ 2**