Ulvar W. Klein
2nd Street Law, PLLC
217 N. 2nd Street
Yakima, WA 98901
(509)575-0372
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 1:17CR02053-SAB-2 |
| ) | 1:18CR02039-SAB-2 |
| Plaintiff, ) | |
| ) | SENTENCING MEMORANDUM |
| vs. ) | |
| ) | |
| NICOLE LEE SUNNY CLOUD, ) | |
| ) | |
| ) | |
| Defendant. ) | |

COMES NOW the defendant, Nicole Lee Sunny Cloud, by and through counsel, and submits the following sentencing memorandum asking the court to adopt the defendant's 84 month sentence recommendation. While the Government is seeking 105 months the defendant submits that the tragic history of her upbringing and her subservient role in the offenses warrant the 84 month recommendation. The defendant hopes that the court agrees that 84 months provides a reasonable sentence that is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. 3553(a)(2), considering the other factors listed in 3553(a). Additionally,

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

there is a shared expectation for 60 months of community custody and the $100 special penalty assessments.

MEMORANDUM

Nicole Lee Sunny Cloud has been in trouble since her birth. Initially, trouble consisted of extreme neglect from a drug addicted mother. She grew up in squalor and filth and learned to accept such a lifestyle. She was too young then to understand the disadvantages this caused and to this day does not recognize the damage that was done to her so early in her life. By the age of 8 Nicole's troubles also included a history of sexual abuse for which no counseling was provided. Substance abuse then began at an astoundingly young age and has continued for Nicole up to her arrest on these charges. The Cloud family was so dysfunctional that preteen marijuana and alcohol abuse was considered normal and was not in any meaningful way discouraged. Regular heroin use, opioid abuse and methamphetamine addiction predictably followed. Various stints in foster care did nothing to break the cycle. Without successful intervention and extensive counseling it is no wonder that Nicole has developed an extremely hard exterior persona on the one hand, but also an incredibly vulnerable affect to her family. Thus, she is capable of acting aggressive and tough in jail while being meek and utterly submissive to her brothers.

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

The defendant pled guilty to Misprison of Felony and Attempted Aggravated Sexual Abuse.  The Misprison of Felony case has a statutory maximum of 36 months and is presumed concurrent with the Attempted Aggravated Sexual abuse disposition. The Attempted Aggravated Sexual abuse disposition has an extreme range of 235 – 293 months.  The plea agreement seeks to allow Nicole a more survivable disposition which recognizes her positive contributions and her potential as well as accommodating her horrific upbringing.  The manipulation and domination by her brother in the Misprison case and Nicole's need to act tough and go along in jail have let Nicole get sucked into these situations that were not of her making.  The lack of instigation in either case by Nicole should help the  court understand that an 84 month sentence achieves the purposes of the sentencing guidelines.

Individually addressing the 3553 factors confirms that an 84 month sentence is the right balance between appropriate and necessary punishment for two callous acts while recognizing that Nicole did not seek sexual gratification in the Attempted Aggravated Sexual abuse case or seek to have the act even occur at all. Unfortunately, in Nicole's mind when you are in the jail environment you go along to get along.  If you are the strongest you simply take what you want.  This is referred to as "prison rules," which to Nicole is all too familiar.  This remains true even if you

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

don't like what you are asked to do.  For Nicole in this environment acting tough and strong trumped her feelings that these actions were wrong.  She clearly recognizes how wrong she was and will attempt to express these feelings to the court[1].

An 84 month sentence would strongly punish these actions of a less culpable accomplice.  Nobody should ever consider 7-9 years in prison as a slap on the wrist for someone from Nicole's background. Respect for the law is maintained while some real level of compassion is expressed.

The defendant in this case is looking for opportunities to benefit herself while incarcerated including RDAP if available.  There is no doubt that counseling and other services are also desperately needed.  84 months would provide sufficient time for Nicole to fully benefit from any services available, it would also let her complete her sentence while still being young enough to utilize what she has learned.  While she sees her prospects as bleak, she is intelligent enough to do well upon release if given the proper tools.  Requirements of offender registration and felony convictions will clearly be obstacles, but with proper direction she has solid potential.  Her past has been one of misplaced loyalty. Both of these cases reflect that.  Going forward it should be hoped that her capacity for genuine loyalty will become an asset instead of a liability.

---

[1] Nicole is not comfortable expressing her feelings and she fears that in court she may have difficulty.  This may manifest as apparent glibness or even giggles. She will try to maintain an appropriate demeanor.

Respectfully submitted January 6th, 2020.

                                      *s/Ulvar W. Klein*
                                      ULVAR W. KLEIN, WSBA 24334
                                      2nd Street Law, PLLC
                                      217 N. 2nd Street
                                      Yakima, WA 98901
                                      (509)575-0372
                                      ulvar@secondstreetlaw.com
                                      Attorney for defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to AUSA Thomas Hanlon.

      *s/* Marcie Rivera
      Marcie Rivera
      217 N. 2nd Street
      Yakima, WA. 98901
      509-575-0372 Office
      509-452-6771 Fax