PROB 12C
(6/16)

Report Date: November 4, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2025

SEAN F. McAVOY, CLERK

ECF No. 281

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicole Lee Sunny Cloud                    Case Number: 0980 1:18CR02039-SAB-2

Address of Offender:                    Lyle, Washington 98635

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 8, 2020

Original Offense:        Attempted Aggravated Sexual Assault, 18 U.S.C. §§ 2241(a)(1) and 2

Original Sentence:       Prison - 105 months            Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Thomas Hanlon                  Date Supervision Commenced: August 13, 2025

Defense Attorney:        Ulvar Wallace Klein            Date Supervision Expires: August 12, 2030

### PETITIONING THE COURT

To issue a warrant

On August 13, 2025, conditions of release were reviewed and signed by Ms. Cloud, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: Ms. Cloud is alleged to have violated her conditions of supervised release by not residing at her approved residence since or before October 17, 2025.<br><br>On October 17, 2025, this officer attempted to conduct a home inspection at Ms. Cloud's residence. This officer knocked several times on the front door of the recreational vehicle (RV), but there was no response. This officer left a business card on the front door before departing and also tried to contact Ms. Cloud by telephone, but was unsuccessful. |

Prob12C
**Re: Cloud, Nicole Lee Sunny**
**November 4, 2025**
**Page 2**

Subsequently, this officer reached out to the Klickitat County Sheriff's Office (KCSO) to gather any information regarding Ms. Cloud. A KCSO deputy advised that the last contact with Ms. Cloud was on September 10, 2025.

On October 31, 2025, the Columbia River Inter-Tribal Police Department (CRITPD), U.S. Probation Officer Santana, and this officer attempted another home inspection at Ms. Cloud's residence. This officer knocked on the front door multiple times but received no answer. During this visit, this officer was able to observe the kitchen and the area where the mattress was located, but did not see anyone inside. A business card was again left on the front door, instructing Ms. Cloud to report to the probation office on Monday, November 3, 2025, before 2 p.m. The CRITPD officer mentioned that he had not had any interactions with Ms. Cloud but would inform the probation office if he did.

On November 3, 2025, Ms. Cloud did not contact or report to the probation office as directed. This officer contacted KCSO and confirmed that they also had no interactions with Ms. Cloud since September 10, 2025.

On November 4, 2025, KCSO contacted this officer and said deputies attempted to locate Ms. Cloud today at her residence for their quarterly sex offender registration verification, but were unsuccessful. They spoke to several people at the site and were told that she has not been seen down there in over a month.

Ms. Cloud's whereabouts is unknown.

2  **Special Condition # 2**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Ms. Cloud is alleged to have violated her conditions of supervised release by failing to attend her mental health evaluation on October 21, 2025.

On October 21, 2025, this officer was contacted by Ken Schafer, a mental health counselor, regarding Ms. Cloud's failure to appear for her mental health evaluation.

3  **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Ms. Cloud is alleged to have violated her conditions of supervised release by failing to report to the probation office on November 3, 2025.

Please refer to the supportive evidence narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Cloud, Nicole Lee Sunny**
**November 4, 2025**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 4, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Stan Bastian*

Signature of Judicial Officer

11/5/2025

Date